**Electronically Filed
Supreme Court
SCWC-14-0000361
16-DEC-2016
11:52 AM**

SCWC-14-0000361

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

THEODORICO ERUM, JR., Petitioner/Plaintiff-Appellant,

v.

COUNTY OF KAUAʻI, Respondent/Defendant-Appellee,

and

GLENN P. BELISLE, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000361; CIVIL NO. 13-1-0216)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Erum Theodorico, Jr.'s

Application for Writ of Certiorari, filed November 7, 2016, is

hereby rejected.

DATED: Honolulu, Hawaiʻi, December 16, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

